UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNCEY BLAKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOYT, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-00720-HSG<br><br>**ORDER DENYING MOTION FOR COURT-ORDERED LONG DISTANCE PHONE CALLS**<br><br>Re: Dkt. No. 45 |

Plaintiff has requested that the Court allow him to make long-distance phone calls to the 415 area code so that he may communicate with this Court, seek legal representation, and communicate with attorneys and legal aid organizations.  Docket No. 45.  Plaintiff's request is DENIED.  Plaintiff has not shown that communicating by mail is insufficient for his purposes.  Moreover, the restrictions on Plaintiff's ability to make long-distance phone calls are presumably due to rules or regulations set forth by the Santa Clara County Department of Corrections, which is not a party to this action.

**IT IS SO ORDERED.**

Dated: 3/1/2016

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge