UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWNCEY BLAKE,

    Plaintiff,

v.

HOYT, et al.,

    Defendants.

Case No. 15-cv-00720-HSG

**JUDGMENT**

Pursuant to the Order Granting Defendants' Motions for Summary Judgment and Denying Plaintiff's Motions for Summary Judgment, judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: August 3, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

<em>United States District Court<br>Northern District of California</em>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNCEY BLAKE,<br>        Plaintiff,<br>v.<br>HOYT, et al.,<br>        Defendants. | Case No. 15-cv-00720-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 3, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shawncey Blake ID: DUJ722/14019586
Santa Clara Department of Corrections
Main Jail
150 West Hedding St
San Jose, CA 95110


Dated: August 3, 2016

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By:_____
                                              Nikki D. Riley, Deputy Clerk to the
                                              Honorable HAYWOOD S. GILLIAM, JR.